[No. 11342–2–II. Division Two. March 15, 1989.]

*In the Matter of the Marriage of* COLLEEN K. BAGLEY, *Appellant, and* JAMES W. BAGLEY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84–3–01467–8, Rosanne Buckner, J., entered August 28, 1987. *Reversed* by unpublished opinion per Reed, J., concurred in by Alexander, C.J., and Petrich, J.

[No. 11243–4–II. Division Two. March 15, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. SYLVESTER STAPLES, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 87–1–00195–4, John N. Skimas, J., entered May 28, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.

[No. 10937–9–II. Division Two. March 15, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID A. HAWKINS, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 86–1–00220–5, David R. Draper, J., entered April 17, 1987. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, C.J., and Petrich, J.